**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00434-CV
_____

## IN THE INTEREST OF Z.Q.N., A MINOR CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2016-14463**

## O R D E R

On January 2, 2019, the district clerk filed Amicus Exhibit 5, a USB flash drive containing Facebook videos. The videos are unplayable by the court's computer systems.

Accordingly, the district clerk is ordered to file a playable version of Amicus Exhibit 5 by **January 22, 2019**.

PER CURIAM